427 A.2d 1210

Commonwealth v. Winston a/k/a Williams, Appellant.

* Judge Donald E. Wieand is sitting by special designation.

Submitted June 18, 1979. Earl Trent, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.